JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ROBERT VIERHELLER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARREN L. MONTGOMERY, Warden,<br><br>　　　　　Respondent. | Case No. EDCV-16-02122-TJH (KES)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus for lack of Subject Matter Jurisdiction,

　　IT IS ADJUDGED that the Petition is dismissed without prejudice.

//

DATED: October 26, 2016

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE